UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

_____

MARSHALL DANIEL DAMMANN,   JUDGMENT IN A CIVIL CASE

                                                                   CV 23-98-BLG-DWM

            Plaintiff,

vs.

BILLINGS POLICE
DEPARTMENT, et al.

            Defendants.

_____

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

     IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of March 17, 2025 (Doc. 31), this action is DISMISSED.

     Dated this 10th day of April, 2025.

                                        TYLER P. GILMAN, CLERK

                                        By: /s/ T. Gesh
                                        T. Gesh, Deputy Clerk